[No. 33030-6-I.   Division One.   January 16, 1996.]

STEPHEN F. OLMSTEAD, M.D., ET AL., *Appellants*, v.
SISTERS OF PROVIDENCE OF WASHINGTON, ET AL.,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 91-2-15586-1, Ann Schindler, J., entered
September 6, 1994. *Affirmed* by unpublished opinion per
Kennedy, A.C.J., concurred in by Agid, J., and Pekelis, J.
Pro Tem.

[No. 33047-1-I.   Division One.   January 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHEUK
YAN FUNG, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-1-01164-4, Mary Wicks Brucker, J., entered
July 12, 1993. *Affirmed in part, reversed in part*, and
*remanded* by unpublished opinion per Coleman, J.,
concurred in by Grosse and Becker, JJ.

[No. 33121-3-I.   Division One.   January 16, 1996.]

GRANDY LAKE FOREST ASSOCIATES LIMITED
PARTNERSHIP, ET AL., *Respondents*, v. ROBERT S.
PETERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Skag-
it County, No. 91-2-00606-0, Michael E. Rickert, J., entered
July 2, 1993. *Affirmed in part* and *reversed in part* by un-
published opinion per Ellington, J., concurred in by
Kennedy, A.C.J., and Cox, J.

[No. 33449-2-I.   Division One.   January 16, 1996.]

RONALD L. MCCULLY, ET AL., *Appellants*, v. M-WEST
MORTGAGE CORPORATION, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 93-2-01567-2, David F. Hulbert, J.,
entered September 1, 1993. *Affirmed* and *remanded* by un-
published opinion per Kennedy, A.C.J., concurred in by
Grosse and Webster, JJ.